08-2685 SI (PR)      SI      RECEIVED / FILED  JUN 0 9 2008  RICHARD W. WIEKING  CLERK, U.S. DISTRICT COURT  NORTHERN DISTRICT OF CALIFORNIA     6/13/08

DEAR COURT CLERK,

I RECIEVED YOUR COPIES OF THE § 1983 I FILED WITH YOUR COURT ON MAY 28TH 08.

YOU ASKED THAT I FILE ANOTHER INFORMA PAUPERIS FORM THOUGH, AND SAID I DIDN'T FILE ONE WITH MY COMPLAINT.

BUT AFTER REVIEWING YOUR COPIES I SEE WHAT HAPPENED. SEE YOU SENT ME TWO COPIES OF THE SAME COMPLAINT. BUT YOU GAVE THEM TWO DIFFERENT CASE NUMBERS.

THE ONE THAT WAS STAMPED CV-08-2685 S.I. IS THE FORMS AND COVER SHEET. "IT IS SUPPOSE TO BE ATTACHED TO THE OTHER COPY YOU SENT ME. THEY ARE ONE AND THE SAME.

THE OTHER ONE YOU STAMPED CV-08-2684 S.I. AND THATS MY WRITTEN PORTION OF THE 1983 COMPLAINT. AND IT HAS THE (IFP) AT THE BACK OF IT. CAN YOU CHECK YOURS AGAIN.

IF I FILL OUT AND SEND YOU THIS OTHER (IFP) WILL I BE CHARGED TWICE? I'M KIND OF HESITANT.

I ALSO HAD THE LAW LIBRARY PUT THE TRUST ACCOUNT STATEMENT IN WITH THE ORIGINAL.

PLEASE ADVISE FURTHER.

THANK YOU FOR YOUR TIME.

P. PIÑA

P.S.
ENCLOSED ARE THOSE FORMS YOU STAMPED WITH DIFFERENT NUMBERS. AND I BELIEVE THATS WHERE IT WAS MIXED UP.
PLEASE RETURN THESE FORMS.

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

3  Name PIÑA.    PABLO.    P.
4      (Last)    (First)    (Initial)
5  Prisoner Number  D-28079
6  Institutional Address  PELICAN BAY STATE PRISON  (D-4  102ª SHU)
7    P.O. Box 7500   CRESCENT CITY, CALIF  95531

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PABLO PAUL PIÑA
(Enter the full name of plaintiff in this action.)

vs.
DISTRICT ATTORNEY, JOYCE ALLEGRO DOUGHERTY
DISTRICT ATTORNEY, DOLORES A. CARR
CHIEF OF POLICE, ROBERT L. DAVIS.
CITY OF SAN JOSE, CALIFORNIA.
ALLAN NOODLEMAN, FORMER DISTRICT ATTORNEY.

(Enter the full name of the defendant(s) in this action)

Case No. _____ SI
(To be provided by the clerk of court)

**COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  PELICAN BAY STATE PRISON

B.  Is there a grievance procedure in this institution?
    YES (x)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES( )    NO (x)  THIS DOES NOT APPLY TO PRISON CONDITIONS.

D.  If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                  - 1 -

Case 3:08-cv-02685-SI     Document 3     Filed 06/09/2008     Page 3 of 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PABLO PIÑA,                         )
                        Plaintiff,  )   CASE NO. _____ SI
                                    )
vs.                                 )   PRISONER'S
JOYCE ALLESTER DOUGHERTY,           )   APPLICATION TO PROCEED SI (PR
DOLORES A. CARR,                    )   IN FORMA PAUPERIS
ROBERT L. DAVIS,                    )
ALLAN NUDELMAN,                     )
                        Defendant.  )

I, PABLO PIÑA D-28679, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?            Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____N/A_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

