UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO PINA, | No. C 08-2685 SI (pr) |
|     Plaintiff, | **ORDER OF DISMISSAL** |
|     v. | |
| JOYCE ALLEGRO DAUGHERTY, District Attorney; et al., | |
|     Defendants. | |

This action was opened in error when the court received two complaints (one a form complaint and the other a handwritten complaint) from plaintiff that were intended to be filed in a single action. Two different actions (i.e., Case No. C 08-2684 SI and Case No. C 08-2685 SI) were opened, although only one action should have been opened. Plaintiff promptly informed the court upon discovering the problem. The form complaint that was filed in this action was intended to accompany the handwritten complaint in Case No. C 08-2684 SI and therefore a copy of it will be filed in Case No. C 08-2684 SI. That being done, this action is DISMISSED because it was opened in error. No fee is due in Case No. C 08-2865 SI. The clerk shall close the file.

IT IS SO ORDERED.

Dated: September 29, 2008

                                                SUSAN ILLSTON
                                          United States District Judge

**United States District Court**
For the Northern District of California