**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO PINA,<br><br>      Plaintiff,<br><br>  v.<br><br>JOYCE ALLEGRO DAUGHERTY,<br>District Attorney; et al.,<br><br>      Defendants.<br>_____/ | No. C 08-2685 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed because it was opened in error.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 29, 2008

_____
SUSAN ILLSTON
United States District Judge